## Rose, et al. v. Monarch.

(Decided December 3, 1912.)

Appeal from Daviess Circuit Court.

Continuance—Discretion of Circuit Court in Granting.—The circuit court has a discretion in the matter of granting a continuance which will not be reviewed unless abused. (For original opinion, see 150, Ky. 129.)

SWEENEY, ELLIS & SWEENEY for appellants.

J. R. HAYS, R. A. MILLER and R. S. TODD for appellee.

RESPONSE TO PETITION FOR REHEARING BY CHIEF JUSTICE HOBSON.

The facts of the case of Hallis v. Watson were materially different from the facts of this case. The circuit court has a discretion in ruling on motions for continuance and we cannot say his discretion was abused here.

Petition overruled.